IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES SAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, RANDY KOHL, M.D.; NATALIE BAKER, M.D.; MOHAMMAD KAMAL, M.D.; CAMERON WHITE, Ph.D.; MARK WEILAGE, Ph.D.; ROBERT HOUSTON, FRED BRITTEN, DENNIS BAKEWELL, KARI PEREZ, Ph.D.; and CORRECT CARE SOLUTIONS, LLC,<br><br>Defendants. | 8:17CV472<br><br>ORDER |

This matter is before the court after a telephone conference on January 18, 2018. Presently pending in this case are the State of Nebraska's and Nebraska Department of Correctional Services's ("the defendants") motion to dismiss, Filing No. 8, the plaintiff's motion to remand, Filing No. 12, and the defendants' motion for sanctions under Federal Rule of Civil Procedure 11, Filing No. 6. The parties also move for extensions of time, Filing No. 15 and Filing No. 17.

The motion to dismiss has been rendered moot by the filing of an amended complaint, Filing No. 11. Pursuant to the parties' discussion at the telephonic conference, the court will grant the parties extensions of time to brief jurisdictional issues and respond to pending motions. In light of the pending motion to remand, the court finds the defendants' motion to extend its answer date should be granted. Pursuant to the parties' discussion at the telephonic conference,

IT IS ORDERED that:

1. Defendants' motion to dismiss (Filing No. 8) is denied as moot.

2. Plaintiff's motion for an extension of time (Filing No. 15) is granted.

3. Defendants' motion to suspend or extend its time to answer or otherwise plead (Filing No. 17) is granted.

4. The defendants shall respond to the plaintiff's motion to remand and address the issue of jurisdiction over Rule 11 sanctions, on or before February 2, 2018.

5. The plaintiff shall respond thereto on or before February 9, 2018.

6. Defendants shall answer or otherwise respond to the amended complaint within 7 days of the date this court rules on the motion to remand.

Dated this 22nd day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge